In the Matter of the Application of JOHN FLYNN, Appellant, to Review the Action of the Inspectors of Primary Elections of the Eighth Election District of the Twenty-third Assembly District, New York County, etc., against JOHN P. MULDOON and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN J. DONAHUE, Appellant, to Review the Action of the Inspectors of Primary Elections of the Ninety-first Election District of the Twenty-third Assembly District, New York County, etc., against JENNIE B. McKINLEY and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WALTER BAUER, Appellant, to Review the Action of the Inspectors of Primary Elections of the Twelfth Election District of the Twenty-third Assembly District, New York County, etc., against EDWARD LOBER and Others, Inspectors of Election, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ANNA CRUM, Appellant, to Review the Action of the Inspectors of Primary Elections of the Fifty-fifth Election District of the Twenty-third Assembly District, New York County, etc., against LEON MINASSION and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FLOYD R. CLARKE, Appellant, to Review the Action of the Inspectors of Primary Elections of the Fifty-eighth Election District of the Twenty-third Assembly District, New York County, etc., against EDWARD A. ABRAHAMS and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CORNELIUS SULLIVAN, Appellant, to Review the Action of the Inspectors of Primary Elections of the Eighty-fourth Election District of the Twenty-third Assembly District, New York County, etc., against FRANK HANNON and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUISE TORIAN, Appellant, to Review the Action of the Inspectors of Primary Elections of the Forty-fourth Election District of the Twenty-third Assembly District, New York County, etc., against RALPH HEYMANN and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HERMAN STRELITZ, Appellant, to Review the Action of the Inspectors of Primary Elections of the Forty-third Election District of the Twenty-third Assembly District, New York County, etc., against CHARLES A. CARTON and Others, Inspectors of Elections, and Others, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.